IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA      :
                              :
v.                            :      CRIMINAL NO. RWT-10-0777
                              :
KEEGAN LEAHY,                 :
                              :
        Defendant             :

........oOo........

**PRELIMINARY FORFEITURE ORDER**

Having heard testimony during the trial of the above captioned case and having considered the additional testimony provided during the forfeiture hearing conducted on January 30, 2013, the Court makes findings of fact by a preponderance and enters judgement as follows:

1.  On or about November 1, 2012, the jury found the defendant, Keegan Leahy, guilty of Count 1, conspiracy to distribute marijuana, in violation of 21 U.S.C. § 846. The jury determined the quantity of marijuana attributable to defendant Leahy to be less than 50 kilograms. As the Second Superseding Indictment provided for forfeiture pursuant to Title 21, United States Code, Section 853(a), if the defendants were convicted of Count One, including " $30,000,000, in that such sum in aggregate was furnished or intended to be furnished in exchange for controlled substances and constitutes proceeds traceable to such exchanges and was used or intended to be used to facilitate a violation of the Controlled Substances Act," a forfeiture hearing was held on January 30, 2013.

2.  Leahy, a pilot, was involved in the marijuana conspiracy from 2008 through at least March 2009. During that time, Leahy and his coconspirators expended

$475,096.31 to purchase and/or lease aircraft which were used or intended to be used to facilitate the marijuana conspiracy charged in Count One.

3. In addition, Leahy assisted in the delivery of four bags containing approximately 100 pounds of marijuana to a residence in Baltimore, Maryland. The average sales price for the marijuana was $3,000 per pound. This equates to $300,000 in funds which constitute direct proceeds of the marijuana conspiracy which are directly attributable to the defendant Leahy.

Accordingly, the defendant Keegan Leahy, having been found guilty of violation of 21 U.S.C. § 846, it is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

1. The Defendant, Keegan Leahy, shall forfeit $775,096.31 to the United States pursuant to 21 U.S.C. § 853.

2. A money judgement in the amount of $775,096.31 shall be entered against the defendant Keegan Leahy.

3. This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4. Insofar as this Order contains a judgment for a sum of money, the Defendant shall remain personally liable until the judgment is satisfied. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Rule 32.2(e) if the Government locates assets subject to forfeiture as substitute assets pursuant to 21 U.S.C. §§ 853(p).

5. The value of any substitute assets shall be credited toward the satisfaction of the money judgment. Likewise, the value of any directly forfeitable property that is forfeited

as the proceeds of the offense shall also be credited toward the satisfaction of the money judgment, but property forfeited as property used to commit or to facilitate the commission of the offense shall not be so credited

      6.    The Clerk of the Court shall provide certified copies of this Order to all parties of record.

Date: _February 25, 2013_

                                                    Roger W. Titus
                                                    United States District Judge